# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHASAN, M.D., an individual; PAUL CHASAN, M.D., INC., a California corporation; PAUL CHASAN, M.D., INC. WELFARE BENEFIT PLAN, an employee benefits plan under ERISA,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GARRETT GROUP, a California corporation; MATTHEW GARRETT, an individual; JOHN HANCOCK LIFE INSURANCE COMPANY, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 06CV1090 WQH (NLS)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS CASE IN ITS ENTIRETY AND WITH PREJUDICE |

HAYES, Judge:

On July 2, 2007, the parties filed a joint motion to dismiss this case in its entirety and with prejudice. (Doc. # 44). Good cause appearing, the joint motion to dismiss (Doc. # 44) is GRANTED. This case is hereby dismissed in its entirety and with prejudice, and all pending motions (e.g., Doc. # 31, 42) are terminated.

**IT IS SO ORDERED**.

DATED: July 6, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge